

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

No. 04-14-00326-CR

**IN RE Ricardo LAWSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

On May 5, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's application for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on May 7th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CR0512, styled *The State of Texas v. Ricardo Lawson*, pending in the 144th Judicial District Court, Bexar County, Texas.